

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | | |
|---|---|---|---|
| DEVORIS NEWSON, | § | No. 08-24-00062-CR | |
| Appellant, | § | Appeal from the | |
| v. | § | 120th Judicial District Court | |
| THE STATE OF TEXAS, | § | of El Paso County, Texas | |
| Appellee. | § | (TC#20190D02039) | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF APRIL 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.